# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457), ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 09-745 (RCL) |
| ) | |
| BARACK OBAMA, *et al.* ) | |
| ) | |
| Respondents. ) | |
| ) | |

## [PROPOSED] ORDER

Before the Court is Respondents' Motion for Leave to Amend the Factual Return.

Having considered the arguments of counsel and being fully advised in the premises, it is

**ORDERED** that the Motion for Leave to Amend the Factual Return be, and hereby is,

**GRANTED**.

**SO ORDERED** this ___11th___ day of ___March___ 2011.


_____
ROYCE C. LAMBERTH
Chief Judge